KARA L. JASSY, Bar No. 198846
kjassy@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

MARIA R. HARRINGTON, Bar No. 201901
mharrington@littler.com
TRACY R. WILLIAMS, Bar No. 278429
trwilliams@littler.com
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendant
EXPRESS MESSENGER SYSTEMS, INC. DBA
ONTRAC (erroneously sued as "ONTRAC")

FILED
CLERK, U.S. DISTRICT COURT
JUL 11, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON SAAVEDRA,<br><br>         Plaintiff,<br><br>v.<br><br>LABOR READY SOUTHWEST, INC.; TRUEBLUE, INC.; ONTRAC; and DOES 1 through 100, Inclusive,<br><br>         Defendants. | Case No. CV14-00333-SVW (ASx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>JS-6 |

Upon consideration of the Parties' Joint Stipulation Dismissing Action With Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Myron Saavedra's Complaint and this entire action is dismissed with prejudice Pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: _____July 11_____, 2014

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE


# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 633 West 5th Street, 63rd Floor, Los Angeles, California 90071. I served the following documents

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

| | |
|---|---|
| Timothy J. Gonzales<br>MANCINI & ASSOCIATES<br>15303 Ventura Blvd., Suite 600<br>Sherman Oaks, CA 91403<br>Tel: (818) 783-5757<br>Fax: (818) 783-7710<br>E-mail: tgonzales@mamlaw.net | Attorneys for Plaintiff MYRON SAAVEDRA |
| David R. Ongaro, Esq.<br>THOMPSON & KNIGHT<br>50 California Street, Suite 3325<br>San Francisco, CA 94111<br>Tel: (415) 433-3900<br>Fax: (415) 433-3950<br>E-mail: david.ongaro@tklaw.com | Attorneys for Defendants LABOR READY SOUTHWEST, INC. and TRUEBLUE, INC. |

By notice of Electronic Filing, which is a notice automatically generated by the CM/EF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2014, at Los Angeles, California.

/s/ Margaret E. Kadric

Firmwide:127863279.1 023721.1000